# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5828 | **DATE** | 11/3/2011 |
| **CASE TITLE** | Tony Levon Sanders (B-38237) vs. John Doe #1, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for reconsideration [6] is stricken as moot. The court will give Plaintiff one final opportunity to submit an accurately and properly completed *in forma pauperis* application form. Plaintiff is given until December 7, 2011, to either submit an accurately and properly completed *in forma pauperis* application form or pay the filing fee. Plaintiff is warned that if he fails to either submit an accurately and properly completed *in forma pauperis* application form or pay the filing fee by December 7, 2011, the instant action will be dismissed.

■[ For further details see text below.]   Docketing to mail notices.

### STATEMENT

This matter is before the court on Plaintiff Tony Sanders' (Sanders) *pro se* motion for reconsideration. On September 9, 2011, the court denied Sanders' motion for leave to proceed *in forma pauperis* and motion for appointment of counsel. The court gave Sanders until October 5, 2011, to pay the filing fee and warned Sanders that if he failed to pay the filing fee by October 5, 2011, or failed to file by that date an appropriate motion for reconsideration, this case will be dismissed. On October 3, 2011, Sanders filed the instant motion for reconsideration. Sanders explains that he did not provide an accurate *in forma pauperis* application form because he did not understand how to properly complete the form. Sanders also requests that the court instruct him as to what questions he should answer for the court. However, it is incumbent upon Sanders to complete his own filings. The court does not represent parties in actions and it would not be proper for the court to advise Sanders in regard to the preparation of his filings. The court will give Sanders one final opportunity to submit an accurately and properly completed *in forma pauperis* application form. Sanders is given until December 7, 2011, to either submit an accurately and properly completed *in forma pauperis* application form or pay the filing fee. Sanders is warned that if he fails to either submit an accurately and properly completed *in forma pauperis* application form or pay the filing fee by December 7, 2011, the instant

**STATEMENT**

action will be dismissed.